ANNE E. LOPEZ 7609
Attorney General
State of Hawai‘i

KEVIN M. RICHARDSON 10224
GREGG M. USHIRODA 5868
EMMA R. CHRISTOPHERSON 11551
BRADFORD K. CHUN 9426
CARTER K. SIU 7313
Deputy Attorneys General
235 S. Beretania Street, Room 304
Honolulu, Hawai‘i 96813
Telephone: (808) 586-1255
Facsimile: (808) 586-1488
Email: kevin.m.richardson@hawaii.gov
gregg.m.ushiroda@hawaii.gov
emma.r.christopherson@hawaii.gov
bradford.k.chun@hawaii.gov

Attorneys for Defendant
STATE OF HAWAII,
DEPARTMENT OF EDUCATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| KATHERINE BALATICO,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF HAWAII,<br>DEPARTMENT OF EDUCATION,<br><br>Defendants. | CIVIL NO. 22-cv-00415-LEK-KJM<br><br>DEFENDANT’S EXPERT WITNESS DISCLOSURE; CERTIFICATE OF SERVICE<br><br>Trial Date: March 4, 2024<br>Judge: Hon. Leslie E. Kobayashi |

**DEFENDANT'S EXPERT WITNESS DISCLOSURE**

Defendant STATE OF HAWAII, DEPARTMENT OF EDUCATION ("DOE"), by and through its attorneys undersigned, hereby submits its Expert Witness Disclosure pursuant to Rule 26 of the Federal Rules of Civil Procedure.

**Liability Expert:**

Jacqueline Gharapour Wernz
Thompson & Horton LLP
Attorneys at Law
3200 Southwest Freeway, Suite 2000
Houston, Texas 77027
Phone: (713) 554-6767

Ms. Wernz is an expert in the field of school administration and school compliance with requirements of Title IX in the context of K-12 education, as well as in the context of higher education. Ms. Wernz will provide rebuttal expert testimony as well as expert testimony regarding the standard of care under Title IX and whether the DOE breach that standard.

**Damages Expert:**

Garret Hoe, CPA
4484-B Honokoa Place
Honolulu, Hawaii 96821
Phone: (808) 780-6417

Mr. Hoe is a certified public accountant with over 20 years of experience as a damages expert. Mr. Hoe will provide expert opinions on Plaintiff's damages, if any, as well as rebuttal opinions.

**Neuropsychological Expert**

Tanya J. D'avanzo Ph.D. ABPP-CN
345 Queen Street, Suite 703
Honolulu, Hawaii 96813
Phone: (808) 5213761

Dr. D'avanzo is a forensic expert in the field of neuropsychology who was retained to perform a medical records review and an independent psychological evaluation of Plaintiff. Dr. D'avanzo will provide medical opinions concerning Plaintiff's claimed emotional distress.

Defendant reserves the right to amend and/or supplement its Expert Witness Disclosure.

DATED: Honolulu, Hawaiʻi, September 5, 2023.

*/s/ Bradford K. Chun*
KEVIN M. RICHARDSON
GREGG M. USHIRODA
EMMA R. CHRISTOPHERSON
BRADFORD K. CHUN
CARTER K. SIU
Deputy Attorneys General
Attorneys for Defendant
STATE OF HAWAII,
DEPARTMENT OF EDUCATION